DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRIAN KEITH DEATON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1405

_____

August 14, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Barbara Twine Thomas, Judge.

Brian Keith Deaton, pro se.

PER CURIAM.

    Affirmed.

SILBERMAN, BLACK, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.